UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00508-FDW-DSC

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN D. JENRETTE and LISA M. SINGER, as Personal Representative of the ESTATE OF GERALDINE J. HARDEE, <br><br> Defendants. | CONSENT ORDER |

THIS MATTER is before the Court on Plaintiff's "Motion for Dismissal and Award of Fees and Costs, With Consent" (Doc. No. 14). For the reasons stated in the motion, it is GRANTED.

In the motion, Plaintiff Jackson National Life Insurance Company ("JNL") requests this Court to discharge it from to discharge it from further liability under its policy no. 00190931 60 ("the Policy"), insuring the life of the late Geraldine J. Hardee ("Ms. Hardee"), to dismiss it from the action with prejudice and for an award of a portion of its reasonable attorneys' fees and costs as a disinterested shareholder, and it appearing to the Court, from the pleadings and per the consents hereon, that JNL has paid into the Registry of the Court all amounts due under the Policy on account of Ms. Hardee 's death, totaling $102,804.79, that this payment has fully satisfied JNL's obligations under the Policy on account of Ms. Hardee's death, and that Defendants, through their respective counsel, have agreed to dismissal of JNL with prejudice from this action, and payment in $6,000.00 in fees and $400.00 in costs from the Policy proceeds, as a portion of JNL's reasonable attorneys' fees and expenses;

NOW, THEREFORE, it is ORDERED, AJUDGED, and DECREED that:

1.  The payment by JNL, in the amount $102,804.79, to the Registry of this Court fully discharges JNL 's obligations under the Policy on account of the death of Ms. Hardee.

2. The Clerk shall disperse to JNL, from the funds on deposit, the amount of $6,400.00, by check made payable to Jackson National Life Insurance Company , to be mailed to JNL in care of its attorneys of record . JNL shall bear its remaining fees and costs.

3. JNL is hereby dismissed from this action with prejudice.

Signed: March 10, 2015

Frank D. Whitney
Chief United States District Judge

WE CONSENT:

/s/ George K. Evans, Jr.
William F. Womble, Jr.
N.C. State Bar No. 4820
bwomble@wcsr.com
George K. Evans, Jr.
N.C. State Bar No. 5140
gevans@wcsr.com
WOMBLE CARYLYLE SANDRIGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone (336) 721-3712
*Attorneys for Plaintiff*

/s/ Brian C. Focht
Ned A. Stiles
Brian C . Focht
Stiles Byrum & Horne, LLP
The Arlington, Suite 650
325 Arlington Avenue
Charlotte, NC 28203
Telephone : 704-332-2830
Email: nstiles@sbhlaw.net
*Attorneys for Lisa N. Singer, as Personal Representative of the Estate of Geraldine J. Hardee*