IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00508-FDW-DSC

| | | |
|---|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| JOHN D. JENRETTE, LISA M. SINGER, LEE FUNERAL HOME AND CREMATORY, PRUDENTIAL HOME MORTGAGE COMPANY, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on "Defendant John D. Jenrette's Motion for Order Compelling Discovery from Defendant Lisa M. Singer" (document # 17) filed May 4, 2015.

Defendants filed this Motion without first contacting the undersigned's chambers to schedule a telephone conference as required by the "Case Management Order" entered by the Honorable Frank D. Whitney on November 25, 2014. See Document #11.

Accordingly, "Defendant John D. Jenrette's Motion for Order Compelling Discovery from Defendant Lisa M. Singer" (document #17) is **STRICKEN**. In the event counsel cannot resolve the present dispute without the Court's involvement, they are directed to contact the undersigned's chambers to schedule a telephone conference.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.         Signed: May 5, 2015

David S. Cayer
United States Magistrate Judge