| | | |
|---|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CONSENT JUDGMENT** |
| JOHN D. JENRETTE, LEE FUNERAL HOME AND CREMATORY, LISA M. SINGER, as Personal Representative of the ESTATE OF GERALDINE J. HARDEE, and PRUDENTIAL HOME MORTGAGE COMPANY, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER came on to be heard before the Court on Defendant John D. Jenrette's Motion to Approve Settlement and to Approve Distribution of Funds (Doc. No. 19), and it appearing to the Court that John D. Jenrette and Lisa M. Singer as Personal Representative of the Estate of Geraldine J. Hardee, Defendants in the above-styled civil action, have agreed to compromise and settle the matters in dispute between them and wish to enter into a Consent Judgment.

THEREFORE, the Court GRANTS the Motion (Doc. No. 19) and makes and enters upon the record the following findings of fact and conclusions of law:

1.     Plaintiff Jackson National Life Insurance Company ("JNL"), pursuant to life insurance policy no. 00190931 60 ("the Policy") insuring the life of the late Geraldine J. Hardee ("Ms. Hardee"), paid into the Registry of the Court all amounts due under the Policy on account of Ms. Hardee 's death, totaling $102,804.79.

2.     JNL was dismisssed with prejudice from this action, and payment in $6,000.00 in

fees and $400.00 in costs from the Policy proceeds, were paid to JNL from the Registry of the Court.

3. Defendants Lee Funeral Home and Crematory and Prudential Home Mortgage Company, Inc. have been properly served, but are in default and have not made claims to the interplead funds.

4. The Estate of Geraldine J. Hardee has paid $6,529.51 to Lee Funeral Home and Crematory and $2,354.36 to Souther Palms Memorial Gardens.

THEREFORE, BASED UPON THE FORGOING FINDINGS OF FACT AND CONCLUSIONS OF LAW AND BASED ON THE CONSENT OF THE PARTIES, IT IS THEREFORE JUDGMENTED, ADJUDGED AND DECREED:

1. The Clerk shall disperse to Lisa M. Singer as Personal Representative of the Estate of Geraldine J. Hardee, from the funds on deposit, the amount of $8,883.87, by check made payable to her attorneys, Stiles Byrum & Horne, LLP.

2. The Clerk shall disperse to John D. Jenrette, from the funds on deposit, the remaining interplead funds, by check made payable to his attorney Tatum Law Firm, PLLC.

3. The case hereby dismissed with prejudice.

Signed: June 16, 2015

Frank D. Whitney
Chief United States District Judge

WE CONSENT:

/s/ Brian Steed Tatum
N.C. State Bar No. 31974
bstatum@tatumlegal.com
TATUM LAW FIRM, PLLC

P.O. Box 11250
Charlotte, NC  28220
Telephone (704) 307-4197
*Attorney for John D. Jenrette*


<u>*/s/ Brian C. Focht*</u>
Ned A. Stiles
Brian C . Focht
Stiles Byrum & Horne, LLP
The Arlington, Suite 650
325 Arlington Avenue
Charlotte, NC 28203
Telephone : 704-332-2830
Email: <u>nstiles@sbhlaw.net</u>
*Attorneys for Lisa N. Singer, as Personal Representative of the Estate of Geraldine J. Hardee*